**Order entered August 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00510-CV

### JACOLBY ANDERSON, Appellant

### V.

### LONESTAR PATENT SERVICES, INC., Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-18-00393-E**

## ORDER

Before the Court is the court reporter's August 16, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed **WITHIN THIRTY DAYS** of the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/    ADA BROWN
        JUSTICE